Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MI SON CHOI,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. C06-5511 KLS<br><br>STIPULATED ORDER FOR EXTENSION OF PRE-TRIAL DEADLINES<br><br>**Note for consideration on:<br>June 8, 2007** |

## **STIPULATION**

WHEREAS, the parties are conducting discovery in this case;

WHEREAS, the parties require additional time for both sides to complete discovery and conduct settlement negotiations in this case;

WHEREAS, the parties stipulate and agree that the deadlines set forth in the Court's December 1, 2006 Order (Dkt. 12) may be amended as set forth below:

Expert Witness Disclosure/Report Deadline: July 16, 2007 (6/6/2007)

Motions Deadline:　　　　　　　　　　　　July 30, 2007 (7/16/ 2007)

Discovery Deadline:　　　　　　　　　　　September 4, 2007 (8/6/2007)

Dispositive Motions Deadline:　　　　　　　October 5, 2007 (9/4/2007)

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter an order amending pretrial dates as set

STIPULATED ORDER FOR CONTINUANCE
OF PRE-TRIAL DATES - 1
(C06-5511 KLS)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

forth above.

**SO STIPULATED**.

DATED this 7th day of June, 2007.   JEFFREY C. SULLIVAN
United States Attorney

  /s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Priscilla.Chan@usdoj.gov

Attorneys for the United States America

**SO STIPULATED**.

DATED this 7th day of June, 2007.   SADLER LAW FIRM

  /s/ Jeffrey Sadler
JEFFREY SADLER, WSBA #27136
Attorney at Law
705 S 9th Street, Suite 305
Tacoma, Washington 98405-4600
Phone: 253-573-1700
Email: Jeff@sadlerlawfirm.com

Attorney for Plaintiff Mi Son Choi

## **ORDER**

**IT IS SO ORDERED**.

Dated this 12th day of June, 2007.

*Karen L. Strombom* (signature)

Karen L. Strombom
United States Magistrate Judge

STIPULATED ORDER FOR CONTINUANCE
OF PRE-TRIAL DATES - 2
(C06-5511 KLS)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED ORDER FOR CONTINUANCE
OF PRE-TRIAL DATES - 3
(C06-5511 KLS)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970