# United States District Court

WESTERN DISTRICT OF WASHINGTON

MI SON CHOI, an individual

      v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C6-5511KLS

| | **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|
| XX | **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED

That Mrs. Choi was injured in a motor vehicle accident, which was caused by the Defendant. She is therefore entitled to an award of special and general damages, which is set forth below.

Mrs. Choi is entitled to an award for property damage in the sum of $1,920.00 for the value of her motor vehicle, as stipulated by the parties.

Mrs. Choi is entitled to an award for the balance of related medical bills in the sum of $2,847.01.

Mrs. Choi is not entitled to an award for future medical care or treatment.

Mrs. Choi is entitled to an award for lost wages in the sum of $2,873.10. This amount is in addition to the $1,400.00 already paid to Mrs. Choi.

Mrs. Choi is not entitled to an award for future lost wages.

Mrs. Choi is entitled to an award for general damages in the sum of $12,500.00.

This results in a total judgment of $20,140.11, which sum is in addition to the amounts already paid to the Plaintiff.

| December 5, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                          *s/Caroline M. Gonzalez*
                                                          Deputy Clerk